# 156

U.S. DISTRICT COURT
FILED
SEP - 5 2007
S. D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
KADIAN MCBEAN, et al.,

                        Plaintiffs,              02 Civ. 05426 (GEL)(THK)

       -against-

THE CITY OF NEW YORK, et al.

                        Defendants.
-----------------------------------------------------------------------------X
JOEL RAMOS, et al.,

                     Intervenor-Plaintiffs,

       -against-

THE CITY OF NEW YORK, et al.,

                        Defendants.
-----------------------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a),

by and between defendants and intervenor-plaintiffs to these cases and it is so ordered by the

Court, that all individual claims asserted with respect to the New York City's Department of

Correction's (DOC) new admission or post-admission strip searches experienced after

arraignment on felony charges by intervenor-plaintiffs Doris Edwards, Chareama Bolds, Samuel

Figueroa, and Alan Olson are hereby dismissed with prejudice.

IT IS ALSO HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ.

P. 41(a), by and between defendants and intervenor-plaintiffs to these cases and it is so ordered

by the Court, that all individual claims asserted by intervenor-plaintiffs Foster Thomas, Daniel

Velazquez, Kenneth Williams, Arthur Wallace, Julio Phitts, Chareama Bolds, David Sanchez,

Doris Edwards, Samuel Figueroa, and Alan Olson concerning DOC's post-admission strip search

W:\CLIENTS\1360\1\MMW1669.WPD

policy, practice, and/or custom, except those post-admission strip searches conducted: (a)

whenever the detainee is leaving the confines of a DOC facility (the "Exit Policy"), and (b)

whenever the detainee's living quarters is searched (the "Housing Policy"), are hereby dismissed

with prejudice.

     IT IS ALSO HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ.

P. 41(a), by and between all parties to these cases and it is so ordered by the Court, that all claims

against Michael M. Bloomberg, Mayor of New York; the New York City Department of

Correction (DOC); and the New York City Department of Health and Mental Hygiene are hereby

dismissed with prejudice.

Dated:      _August 29_ , 2007
        New York, New York

MICHAEL A. CARDOZO
Corporation Counsel of the City
of New York
Attorney for Defendants
100 Church Street
New York, New York 10007
(212) 788-0776

By: _____
  Genevieve Nelson (GN5939)
  Assistant Corporation Counsel

EMERY CELLI BRINCKERHOFF
& ABADY LLP
Attorneys for Intervenor-Plaintiffs
75 Rockefeller Plaza, 20th Floor
New York, New York 10019
(212) 763-5000

By: _____
  Elizabeth S. Saylor (ES8091)

SO ORDERED:

_____
HON. GERARD E. LYNCH
UNITED STATES DISTRICT JUDGE

*DTD: 8/31/07*