UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------

KADIAN MCBEAN, ET AL.,

                Plaintiffs,      02 Civ. 5426 (JGK)

     - against -             ORDER

CITY OF NEW YORK, ET AL.,

                Defendants.
-----------------------------------

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to submit their proposed notice to the class and a proposed schedule by **October 23, 2009**. The defendants are directed to submit their response, if any, by **October 30, 2009**.

    All parties are directed to submit status letters to the Court by **October 23, 2009** including their proposals with respect to the next steps in this litigation.

SO ORDERED.

Dated:    New York, New York
          October 16, 2009

                                  John G. Koeltl
                           United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/09