```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
MCBEAN, ET AL.,

                Plaintiffs,        02 Civ. 5426 (JGK)

      - against -             ORDER

CITY OF NEW YORK, ET AL.,

                Defendants.
---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for another conference on **January 25, 2010** at **4:30 p.m.**

    If there is no agreement prior to the conference, the plaintiffs' submissions with regard to attorneys' fees are due **February 5, 2010**. The defendants' response is due **February 19, 2010**. The plaintiffs' reply, if any, is due **March 1, 2010**.

SO ORDERED.

Dated:    New York, New York
            December 22, 2009

                                      John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/09